```
            IN THE UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF GEORGIA
                  COLUMBUS DIVISION
```

CLABORN COLBERT,                    *

    Petitioner              *
                                      CASE NO. 4:93-CR-19-2-CDL

vs.                                 *
                                      CASE NO. 4:07-CV-72-CDL

UNITED STATES OF AMERICA,           *

    Respondent              *

                                    *

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on August 7, 2007, is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 27th day of September, 2007.

                                                S/Clay D. Land
                                                  CLAY D. LAND
                                       UNITED STATES DISTRICT JUDGE